IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SAMUEL JOE ARTHUR LACY, JR., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:20-cv-453-JDK-KNM |
| OFFICE OF THE ATTORNEY GENERAL CHILD SUPPORT DIVISION OF TEXAS, et al., | § § § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby **ORDERS** that the above-entitled and numbered civil action is **DISMISSED WITHOUT PREJUDICE**.

All pending motions are **DENIED**. The Clerk of the Court is directed to close this case.

**So ordered and signed on this**
Jan 8, 2021

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE